IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

_____

**UNITED STATES OF AMERICA**

Vs.                                                    No. 25-mj-00289 (GMH)

**RAHMANULLAH LAKANWAL**

_____

## ORDER

The Criminal Justice Act provides for the appointment of counsel for any person financially unable to obtain adequate representation. The defendant having qualified for appointment of counsel in D.C. Superior Court, the Court hereby appoints the D.C. Federal Public Defender to represent the defendant in this case.

SO ORDERED this ___24th___ day of December, 2025.

_____
JAMES E. BOASBERG
CHIEF JUDGE, UNITED STATES DISTRICT COURT