IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

_____

UNITED STATES OF AMERICA

Vs.                                                      No.  25-mj-00289 (GMH)

RAHMANULLAH LAKANWAL

_____

### NOTICE OF APPEARANCE

Please enter the appearance of First Assistant Federal Public Defender Michelle Peterson on behalf of the defendant, Rahmanullah Lakanwal, in the above captioned matter.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

_____

MICHELLE M. PETERSON
First Assistant Federal Public Defender
625 Indiana Avenue, N.W., # 550
Washington, D.C.  20004
(202) 208-7500
Shelli_Peterson@fd.org