AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Rahmanullah Lakanwal

*Defendant*

)
)
)
)
)
)

Case: 1:25-mj-00289
Assigned To: Judge Harvey, G. Michael
Assign. Date: 12/23/2025
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Rahmanullah Lakanwal    ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 924(b) - transporting or receiving firearms in interstate or foreign commerce with the intent to commit an offense punishable by imprisonment for more than one year
18 U.S.C. § 922(i) - transporting or shipping a stolen firearm in interstate or foreign commerce
22 D.C. Code §§ 2101 & 4502 - first-degree premeditated murder while armed
22 D.C. Code §§ 401 & 4502 - assault with intent to kill while armed
22 D.C. Code § 4504(b) - possession of a firearm during crime of violence or dangerous offense

Date:   12/23/2025

*Issuing officer's signature*

City and state:   Washington, DC

G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/23/25 , and the person was arrested on *(date)* 12/29/25
at *(city and state)* Washington, DC .

Date: 12/29/25

*Arresting officer's signature*

Special Agent Ahmad Hassanpoor
*Printed name and title*